

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>Hernan Sicairos-Tamayo<br><br>DEFENDANT(S). | CASE NUMBER<br><br>8:24-mj-379-DUTY<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of <u>Defendant</u>, IT IS ORDERED that a detention hearing is set for <u>Monday, August 26</u>, <u>2024</u>, at <u>2:00</u> ☐ a.m. / ☒ p.m. before the Honorable <u>Karen E. Scott</u>, in Courtroom <u>6A</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: 8/23/24

KAREN E. SCOTT
U.S. District Judge/Magistrate Judge