FILED
CLERK, U.S. DISTRICT COURT
AUG 26 2024
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Hernan Sicairos-Tamayo<br><br>　　　　　Defendant. | Case No.: 8:24-mj-00379<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

　　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the E.D. Washington, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

　　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

　　　The Court finds that:

A.　[X] The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on unverified background, instant allegations, citizen of Mexico without U.S. legal status, use of multiple names; lack of viable surety

and/or

B. ☒ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on lack of background information, instant allegations, criminal history (multiple felonies)

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

DATED: 8/26/24

Karen E. Scott
KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE